IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   Case No. 20-cr-30128-SMY |
| | ) |
| FREDDY J. PATINO, | ) |
| | ) |
| Defendant. | ) |

**ORDER OF FINDING OF NO THIRD-PARTY INTERESTS**
**(FINAL ORDER OF FORFEITURE)**

The Court entered a Forfeiture Order against Defendant Freddy J. Patino on March 22, 2022 (Doc. 51), with respect to the following property which had been seized from the defendant:

**One Smith & Wesson, M&P Shield, bearing serial number HXZ3591, and any and all ammunition contained therein.**

The Order advised that the Government would provide an opportunity for persons to claim a legal interest in the property pursuant to 21 U.S.C. § 853(n)(1).

Notice was published by the Government on an official government website, www.forfeiture.gov, for 30 consecutive days beginning August 8, 2024, and ending September 6, 2024. No third party filed a petition within 30 days after the last date of the publication to allege an interest in the property. Consequently, the Court finds, pursuant to 21 U.S.C. § 853(n)(7), that the United States of America has clear title to the above-described property that is the subject of the Judgment filed on March 22, 2022 (Doc. 51).

Accordingly, the United States Marshal or the custodian for the Alcohol, Tobacco, Firearms and Explosives shall dispose of the property according to law.

**IT IS SO ORDERED.**

**DATED:   October 31, 2024**

**STACI M. YANDLE**
**United States District Court Judge**